**VAN ROEKEL FARMS,
INC., Petitioner,**

v.

**COMMISSIONER OF INTERNAL
REVENUE, Respondent.**

No. 03–4041.

United States Court of Appeals,
Eighth Circuit.

Submitted June 17, 2004.

Decided June 29, 2004.

Paul F. Christoffers, Mesa, AR, for Petitioner.

Gretchen M. Wolfinger, Steven W. Parks, Thomas J. Clark, Eileen J. O'Connor, Emily A. Parker, U.S. Department of Justice, Washington, DC, for Respondent.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Van Roekel Farms, Inc. (Taxpayer) appeals the Tax Court's * order on summary judgment upholding the Internal Revenue Service Commissioner's (Commissioner's) determinations of income tax deficiencies, *see* 26 U.S.C. § 404(k), and penalties, *see* 26 U.S.C. § 6662(a). We conclude no issue of material fact existed as to the Commissioner's determination of income tax deficiencies and resulting penalties because the parties stipulated that Taxpayer's employment stock option plan was disqualified under 26 U.S.C. § 401(a) for the tax years 1994–96, and the stipulation was binding on Taxpayer. *See* Tax Ct. R. 91(e); *Clendenen v. Comm'r*, 345 F.3d 568, 569–70 (8th Cir.2003). We also conclude the tax court properly denied all other claims or arguments because Taxpayer neither raised them in its petition nor moved to amend. *See* Tax Ct. R. 34(b)(4), *Brumley v. Comm'r*, 76 T.C.M. (CCH) 935, 937 (1998).

Accordingly, we affirm the judgment of the tax court. *See* 8th Cir. R. 47B.

* The Honorable James S. Halpern, United States Tax Court Judge.